45,285-06

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 12 2015

Abel Acosta. Clerk

Van Watson, Jr.
C.T. TERRELL (R3)
1300 F.M. 655
Rosharon, TX. 77583
#737444
11-10-15

No. WR-45,285-05

Re. Court Of Criminal Appeals of Texas
Clerk / The Honorable Abel Acosta
Inquiry as to if the District Clerk
(180th Court of Harris County Cause
#699312) Submitted 11.07 and all records.

Please be advised on or about October
20, 2015 I received an Order from The Court
Of Criminal Appeals of Texas Ordering
the District Clerk of Harris County to
Submit the record on the habeas Corpus
I filed April 1, 2015. I have at this time
not received any communication from
you stating the records has been sub-
mitted. Could you advise me if this is
at this date and time the records has
not been Submitted. Thank you for your
Response.
Van Watson Jr.